


# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

December 18, 2019

**Via ECF and Fax**

The Honorable Nelson S. Román
United States District Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Fax: (914) 390-4179

The application is __X__ granted.
                     _____ denied.

Nelson S. Román, U.S.D.J.
Dated: Dec. 18, 2019
White Plains, New York 10601

Re: ***Dicarlo v. Rite Aid of New York, Inc.***, No. 1:19-cv-6565
      <u>Request to Extend Rite Aid's Time to Respond to Complaint</u>

Dear Judge Román:

We represent defendant Rite Aid of New York, Inc. ("Rite Aid") in the above-referenced action. Pursuant to Rules 1(A) and 1(E) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff David Dicarlo ("Plaintiff"), respectfully to request that the Court extend Rite Aid's time to respond to the Complaint from December 18, 2019 to January 17, 2020. This is Rite Aid's third request for an extension of time. The Court granted each of Rite Aid's prior requests.

In support of this request, counsel for Rite Aid states that the parties are engaged in discussions about a possible early resolution of this action. If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ *Michael F. Fleming*

Michael F. Fleming

*Attorney for Rite Aid*

cc: All Counsel of Record (via ECF)



**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060
United States

☎ +1.212.309.6000
📠 +1.212.309.6001



# FAX TRANSMISSION

## SILVERMAN & ASSOCIATES

445 Hamilton Avenue, Suite 1102

White Plains, NY 10601

(914) 574-4510

Fax: (914) 574-4515

| | | | |
|---|---|---|---|
| **To:** | Hon. Nelson Roman | **Date:** | December 18, 2019 |
| **Fax #:** | (914) 390-4179 | **Pages:** | 5, including cover sheet. |
| **From:** | Lewis R. Silverman, Esq. | | |
| **Subject:** | Barrer-Cohen v. Greenburgh CSD, et al | | |

COMMENTS:

Please see attached.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us via postal service. Thank you.