# Morgan Lewis

MEMO ENDORSED

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

The Court will issue a 30 day Order. Clerk of the Court requested to terminate the motion (doc. 16). Dated: Feb. 21, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

February 14, 2020

**Via ECF and Fax**

The Honorable Nelson S. Román
United States District Court
for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Fax: (914) 390-4179

**Re:** ***Dicarlo v. Rite Aid of New York, Inc.*, No. 1:19-cv-6565**
**Request For a 30-Day Order**

Dear Judge Román:

We represent defendant Rite Aid of New York, Inc. ("Rite Aid") in the above-referenced action. Pursuant to Rules 1(A) and 1(E) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff David Dicarlo ("Plaintiff"), to inform the Court that the parties have agreed in principle to resolve this matter, and respectfully to request that the Court stay all pending deadlines for 30 days to permit the parties to finalize their agreement and file a stipulation of dismissal to be "so-ordered" by the Court.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Rite Aid*

cc: All Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2020